IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

HAROLD A. SALAZAR,

      Appellant,

v.

REEMPLOYMENT ASSISTANCE
APPEALS COMMISSION and
LION SERVICES, INC.,

      Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-1438

Opinion filed November 15, 2016.

An appeal from an order of the Reemployment Assistance Appeals Commission.

Harold A. Salazar, pro se, Appellant.

Norman A. Blessing, General Counsel, and Katie E. Sabo, Assistant General Counsel, Tallahassee, for Appellee Reemployment Assistance Appeals Commission.

PER CURIAM.

      AFFIRMED.

MAKAR, KELSEY, and WINSOR, JJ., CONCUR.